UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MARGIE H. NEVITT,

    Plaintiff,

vs.                             CASE NO. 3:08-cv-926-J-34HTS

CENVEO CORPORATION,
a Delaware corporation,

    Defendant.

## O R D E R

This cause is before the Court on Plaintiff's Emergency Consent Motion to Seal, to Amend Order (Doc.23) to Permit Her to File Her Motion for Summary Judgment Under Seal Without Redaction, and to Provide an Unredacted Courtesy Copy to Judge Howard (Doc. #47; Motion).

Upon consideration, it is determined Plaintiff should comply with the terms of the Stipulation and Order Regarding Protection of Produced Material as incorporated by the Order (Doc. #23), and with the Local Rules, United States District Court, Middle District of Florida. Accordingly, the Motion (Doc. #47) is **DENIED**.

**DONE AND ORDERED** at Jacksonville, Florida this 4th day of November, 2009.

                                       /s/       Howard T. Snyder
                                       HOWARD T. SNYDER
                                       UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of record and
    pro se parties, if any